NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | Crim. No. 95-248 (WHW) |
| RODRIGO ALEBERTO VILLA-ZULETA, | |
| Defendant. | |

**Walls, Senior District Judge**

This matter having been opened to the Court by Paul J. Fishman, Acting United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

It is on this 19th day of February, 2010,

ORDERED, that the balance of the fine imposed on November 8, 1995, in the amount of $1875.00 is hereby remitted.

s/ William H. Walls
United States Senior District Judge